### Chavos v. The State.

There was no error in the charge of the court, and the verdict was warranted by the evidence.     *Judgment affirmed.*

March 26, 1892. Argued at the last term.

Criminal law. Murder. Charge of court. Before Judge ATKINSON. Ware superior court. April term, 1891.

Chavos was indicted for the murder of H. A. Culpepper. There was positive evidence as to his guilt introduced by the State; evidence of witnesses who saw the killing, and who testified that the prisoner was the man who committed the crime. He introduced no evidence. His statement was: "I am here arrested for the man that done the killing of Mr. Culpepper. I am not the man. God knows if I be convicted on that, I will be convicted on a wrong cause, because I wasn't there. I don't know anything about it at that time." He was found guilty, and his motion for new trial was overruled. The grounds of the motion were, that the verdict was contrary to law and evidence, and without evidence to support it. Also, that the court erred in charging: " Where was the defendant at the time of the commission of the offence? Where was he preceding its commission? Where was he subsequent to its commission? All these are circumstances which the jury may consider in determining the main facts of the case." It is alleged that this part of the charge, coming as it did immediately after what the court had said as to the weight to be given to the defendant's statement, tended to mislead the jury and prejudice defendant's case.

JOHN C. McDONALD, for plaintiff in error.

W. A. LITTLE, attorney-general, by J. H. LUMPKIN, and W. G. BRANTLEY, solicitor-general, contra.